04,080-01,02,03

**ANTHONY W. RAMSEY # 1470982**
French M. Robertson Unit, 12071 F.M. 3522, Abilene, Texas 79601

September 21, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 24 2015

Abel Acosta, Clerk

Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

**Request For Copy Of Docket Sheet For Cause No. WR-64,680-01 (-02; -03)**

Dear Clerk:

Greetings! I pray this finds you in the best of health and spirits. I am writing you to request a copy of the docket sheet in the following Cause Nos.:

WR-64,680-01; WR-64,680-02; WR-64,680-03.

Your assitance in this matter will be greatly appreciated, as I need these requested copies to pursue a legal matter in your Honorable Court. Thank you and God Bless!

Sincerely,

Anthony W. Ramsey # 1470982
French M. Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601
(325) 548-9035